THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* NATHAN COHEN, Appellant.

*People* v. *Cohen*, 181 App. Div. 957, affirmed.
(Argued April 3, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1917, which affirmed a judgment of the Court of Special Sessions of the city of New York, convicting the defendant of a violation of sections 1140a and 1141 of the Penal Law in giving an immoral exhibition.

*Bernard H. Arnold* for appellant.

*Harry E. Lewis, District Attorney (Harry G. Anderson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.